# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-MJ-5116-JGD
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** MUJAB JIHAD MUBARAK     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** a/k/a "Easy", a/k/a "E", a/k/a "Big Homie"

**Address** (City & State) Everett, MA

**Birth date (Yr only):** 1973   **SSN (last4#):** 8495   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____     **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Philip A. Mallard     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 08/05/2020     **Signature of AUSA:** *Philip Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   MUJAB JIHAD MUBARAK, a/k/a "Easy", a/k/a "E", a/k/a "Big Homie"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846, 841 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Susbtances | 1 |
| Set 2 | 18 U.S.C. 924(c) | Possession and Use of a Firearm During and in Relation to a Drug Trafficking Crime | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____