UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Criminal No. 20-MJ-05124-JGD |
| v. | ) ) | 20-CR-10300-ADB |
| MUJAB MUBARAK | ) ) ) |  |

**DEFENDANT'S MOTION TO REVOKE**
**ORDER ON DETENTION PENDING TRIAL**

The defendant, Mujab Mubarak, in the above-numbered matter moves this Court pursuant to 18 U.S.C. §3145(b) to revoke the Order On Detention Pending Trial entered by Magistrate Judge Dein on December 1, 2020.  In support of this motion, the defendant states that there are conditions of release that will assure his appearance at future court proceedings in this matter and that he is not a danger to the community.  Moreover and most crucially, the defendant recently contracted COVID-19 at the Donald W. Wyatt Detention Facility in Central Falls, R.I. and he was placed in quarantine status.  The treatment that the defendant has been receiving and will receive while detained, is not medically sufficient as he suffers from several asthma, diabetes and obesity.  The defendant moves further that for the reasons stated in his memorandum, filed simultaneously herewith, that he be released on specific conditions pending trial, including but not limited, to home confinement at the home of a designated third-party

1

custodian, who is a licensed nurse practitioner and who is able to medically care for the defendant.

        Respectfully submitted
        By his attorney,

        /s/ Bernard Grossberg
        _____

        Bernard Grossberg
        38 Green Street
        Milton, MA 02186
        (617) 737-8558
        B.B.O. No. 212900

## CERTIFICATE OF SERVICE

      I, Bernard Grossberg, Esq., hereby certify that on December 10, 2020, I served a true copy of **Defendant's Motion To Revoke Order On Detention Pending Trial** upon Assistant United States Attorneys Glenn McKinley and Philip Mallard, at the Office of the United States Attorney, One Courthouse Way, Boston, MA 02210, by electronically filing same to all registered users.

        /s/ Bernard Grossberg
        _____
        Bernard Grossberg